UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:96-00128 |
| | ) | JUDGE CAMPBELL |
| WAYNE E. BELL | ) | |

ORDER

Pending before the Court is the Defendant's "Motion Rule 33/ Rule 60 Of Any And All Other Rules To Lawfully Permit The Introduction Of This Newly Discovered Evidence" (Docket No. 93). The Government shall file a response to the Motion on or before October 2, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE